IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID RAMIREZ, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>HARVARD UNIVERSITY,<br><br>        Defendant. | Case No. 1:25-cv-13566-AK |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, David Ramirez, hereby dismisses this action against Harvard University as follows:

1.    All claims of the Plaintiff, David Ramirez, individually, are hereby dismissed without prejudice; and

2.    All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: February 3, 2026

Respectfully Submitted,

By: */s/ Casondra Turner*
Casondra Turner (MA Bar No. 687682)
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Telephone: (866) 252-0878
Fax: (771) 772-3086
cturner@milberg.com

*Counsel for Plaintiff and the Class*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

      Respectfully Submitted,

By: */s/ Casondra Turner*
Casondra Turner (MA Bar No. 687682)
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Telephone: (866) 252-0878
Fax: (771) 772-3086
cturner@milberg.com

*Counsel for Plaintiff and the Class*